589 F.2d 1113
 19 Fair Empl.Prac.Cas. 887
 Brown
v.
Pena***
 No. 78-2547
 United States Court of Appeals, Fifth Circuit
 2/1/79
 S.D.Fla., 441 F.Supp. 1382
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966